Chapman and Cutler LLP
Attorneys at Law · Focused on Finance®

Todd J. Dressel
Partner

595 Market Street, 26th Floor
San Francisco, CA 94105-2839

T 415.278.9088
F 415.541.0506
dressel@chapman.com

RECEIVED
2011 JUN 13 A 10:58
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. CA. SAN JOSE

EJD

June 10, 2011

CV 11 80133 MISC.

Office of the Clerk
United States District Court
280 South 1st Street, 2nd Floor
San Jose, California 95113

HRL

Re: Registration of Federal Judgment

On behalf of our client Bank of Montreal, we request pursuant to 28 U.S.C. § 1963, that the enclosed certified Judgment in a Civil Action and two copies, entered in Case No. 09-03479, in the United States District Court for the Northern District of Illinois, entitled Bank of Montreal adv. SK Foods, LLC, be registered by this Court. The judgment was entered in the amount of $128,256,391.00, in favor of the Bank of Montreal against defendant SK Foods, LLC.

Also enclosed is the original Certification of Judgment for Registration in Another District issued by the Clerk of the Illinois District Court and two copies, showing that no notice of appeal from the judgment has been filed, and that no motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed.

My contact information is as follows:

Todd J. Dressel (California Bar No. 220812)
Chapman and Cutler LLP
595 Market Street, 26th Floor
San Francisco, California 94105
T: (415) 278-9088
F: (415) 541-0506
E: dressel@chapman.com

Lastly, I have enclosed a check for $39.00 for the filing fee. Please return a file-stamped copy of the judgment with the miscellaneous case number.

Please feel free to contact me at (415) 278-9088 if you have any questions.

Very truly yours,

CHAPMAN AND CUTLER LLP

By ______________________
Todd J. Dressel

TJD:sg

Enclosure

Chamber's Copy

**UNITED STATES DISTRICT COURT**
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

ORIGINAL
FILED

MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK

2011 JUN 13 A 11:01

Bank of Monteal,

v.

SK Foods LLC,

Case No.: 09cv3479

EJD

CV 11 80133 MISC.

# CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

HRL

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 9/28/2010, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on June 7, 2011.

Michael W. Dobbins
Court Administrator

By: David Jozwiak
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

[illegible] States District Court

[illegible]

[illegible] States District Court for the Northern District [illegible] a full, true [illegible] custody.

[illegible] have hereunto [illegible] seal of the [illegible]

[illegible] 2011

MICHAEL W. DOBBINS, CLERK

[illegible]

Deputy Clerk

AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Bank of Montreal
*Plaintiff*
v.
SK Foods, LLC
*Defendant*

Civil Action No. 09 C 3479

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Bank of Montreal recover from the defendant *(name)* SK Foods, LLC the amount of $128,256,391.00 dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Joan B Gottschall without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 09/28/2010

*MICHAEL W. DOBBINS, CLERK OF COURT*

/s/ Rhonda Johnson
*Deputy Clerk*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JUN 03 2011

AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

FILED

2011 JUN 13 A 11:0 EJD

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

Bank of Montreal
*Plaintiff*
v.
SK Foods, LLC
*Defendant*

Civil Action No. 09 C 3479

CV 11 80133 MISC.

## JUDGMENT IN A CIVIL ACTION

HRL

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Bank of Montreal recover from the defendant *(name)* SK Foods, LLC the amount of $128,256,391.00 dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Joan B Gottschall without a jury and the above decision was reached.

☐ decided by Judge ____ on a motion for

Date: 09/28/2010

*MICHAEL W. DOBBINS, CLERK OF COURT*

/s/ Rhonda Johnson
*Deputy Clerk*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JUN 03 2011

Chambers Copy

AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

ORIGINAL FILED

2011 JUN 13 A 11:01

RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT N.D. OF CA. SAN JOSE



Bank of Montreal
*Plaintiff*
v.
SK Foods, LLC
*Defendant*

Civil Action No. 09 C 3479

CV 11 80133 MISC. EJD HRL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Bank of Montreal recover from the defendant *(name)* SK Foods, LLC the amount of $128,256,391.00 dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Joan B Gottschall without a jury and the above decision was reached.

☐ decided by Judge ____ on a motion for

Date: 09/28/2010

*MICHAEL W. DOBBINS, CLERK OF COURT*

/s/ Rhonda Johnson
*Deputy Clerk*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JUN 03 2011