**ORIGINAL**

| | |
|---|---|
| AFFT    UNITED STATES DISTRICT COURT    SAN JOSE DIVISION    STATE OF CALIFORNIA | |
| CASE NO.: 11-CV-80133 MISC-EJD(HRL)    DEPT. | |

Chapman and Cutler, LLP
Todd J. Dressel
595 Market Street, 26th Floor
San Francisco, CA 94105
State Bar No.: 220812
Attorney(s) for: Plaintiff(s)

**Bank of Montreal, as Administrative Agent**

Date:
Time:

vs    **Plaintiff(s)**

**SK Foods, LLC**

**AFFIDAVIT OF SERVICE**

Defendant(s)

__Norma Holland-Dunham__, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received __1__ copy(ies) of the: __Motion to Expedite Hearing Regarding Motion for Rule to Show Cause Why Judgment Should Not Be Amended to Add Respondents as Judgment Debtors; Motion for Rule to Show Cause Why Judgment Should Not be Amended to Add Respondents as Judgment Debtors; Declaration of James Heiser in Support of Motion for Rule to Show Cause Why Judgment Should Not Be Amended to Add Respondents as Judgment Debtors; General Order__

on the __30th__ day of __June,__ __2011__ and served the same on the __1st__ day of __July,__ __2011__ at __9:15AM__ by:

1. delivering and leaving a copy with the **Defendant(s)**, __ at __.

2. serving the Defendant(s), __ by personally delivering and leaving a copy with ____, a person of suitable age and discretion residing at the Defendant(s)'s usual place of abode located at __.

3. serving the Defendant(s), __SK Foods, LLC__ by personally delivering and leaving a copy at: __Registered Agent: The Corporation Trust Company of Nevada, 311 South Division Street, Carson City, Nevada 89703__.

    a. with __ as __ an agent lawfully designated by statute to accept service of process;

    b. with __Misty Guasch__ pursuant to NRS 14.020 as a person of suitable age and and discretion at the above address, which address is the address of the registered agent as shown on the current certificate of designation filed with the Secretary of State.



ALEXANDRA SNIPES
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 11-4653-2 - Expires April 26, 2015

State of Nevada, County of __Washoe__

SUBSCRIBED AND SWORN to before me on this __1st__ day of __July__ __2011__

_____
Notary Public

Affiant **Norma Holland-Dunham**    #: R-162838
**Legal Process Service**    License # 604
WorkOrderNo **1105593**

*Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101 (702) 471-7255*

193