UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 12 mins**

CIVIL MINUTES

**Judge:** Edward J. Davila
**Date:** August 19, 2011
**Case No.:** C-11-mc-80133 EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Special Master:** N/A
**Interpreter:** N/A

## CASE TITLE

Bank of Montreal v. SK Foods LLC

## APPEARANCES

**Attorney(s) for Plaintiff(s):** Todd Dressler
**Attorney(s) for Defendant(s):** Kelly Woodruff (SKPM Corp and Scott Salyer)
**Other Appearance(s):** Kevin Coleman (Non-Party Bradley D. Sharp, Trustee for SK Foods LLC)

## PROCEEDINGS

**1. Motion to Show Cause Why Judgment Should not be Amended [Doc. .2**
**2. Motion to Stay Proceedings [Doc. 28]**

## ORDER AFTER HEARING

Hearing held. The Court continued the motions to allow for supplemental briefing as follows:

1. Supplemental Initial briefs due **September 2, 2011**
2. Supplemental Responsive briefs due **September 16, 2011**
   The parties' briefing shall be done simultaneously.
3. Hearing set for **September 23, 2011 at 9:00 AM**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: