Todd J. Dressel (State Bar No. 220812)
CHAPMAN AND CUTLER LLP
595 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 278-9088
Facsimile:    (415) 541-0506
dressel@chapman.com

James E. Spiotto *(*Admitted *Pro Hac Vice)*
Ann E. Acker *(*Admitted *Pro Hac Vice)*
James M. Heiser *(*Admitted *Pro Hac Vice)*
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone:    (312) 845-3000
Facsimile:    (312) 516-1900
spiotto@chapman.com
acker@chapman.com
heiser@chapman.com

Attorneys for Bank of Montreal, as Administrative Agent

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BANK OF MONTREAL, as Administrative Agent,<br><br>              Plaintiff<br><br>        v.<br><br>SK FOODS, LLC<br><br>              Defendant.<br><br>        v.<br><br>SK PM CORP. and FREDERICK SCOTT SALYER, as Trustee for the Scott Salyer Revocable Trust, as well as FREDERICK SCOTT SALYER, in his Individual Capacity<br><br>              Respondents. | Case No. 11-CV-80133 MISC-EJD (HRL)<br><br>SUPPLEMENTAL DECLARATION OF JAMES HEISER IN SUPPORT OF MOTION FOR RULE TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE AMENDED TO ADD RESPONDENTS AS JUDGMENT DEBTORS<br><br>Honorable Edward J. Davilla<br><br>Hearing Date: September 23, 2011<br><br>Hearing Time: 9:00 a.m.<br><br>Place: Robert F. Peckham Federal Building<br>        280 South 1st Street<br>        San Jose, CA 95113 |

3062492.01.08.doc

Under 28 U.S.C § 1746, I, James Heiser, declare as follows:

1.      I am an attorney admitted to the Bar of the State of Illinois and to the Trial Bar of that Court. I am an attorney at the law firm of Chapman and Cutler LLP and counsel to Plaintiff Bank of Montreal, as Administrative Agent (*"BMO"*) in this matter. I submit this Supplemental Declaration in support of BMO's Motion for Rule to Show Cause Why Judgment Should Not Be Amended to Add Respondents as Judgment Debtors. I have personal knowledge of the facts set forth herein, and, if called to testify, could testify competently thereto.

2.      Below are true and correct copies of documents which I obtained from the PACER system of the Courts identified on the following pages, as well as the deposition exhibits set forth herein in the format produced by the Australian Liquidator in the proceeding styled *In re Cedenco JV Australia Pty. Ltd., et. al.* under Chapter 15 of the United States Bankruptcy Code, except where otherwise indicated:

| | DOCUMENT | BATES |
|---|---|---|
| 43 | General Assignment and Transfer of members interests of SK Foods Australia Proprietary Limited, dated November 1, 2006 (Attached as Exhibit 5 to the McCormick Deposition). | BMO 001312 - BMO 001313 |
| 44 | Share/Option Transfer Journal for SK Foods Australia Proprietary Limited for the period January 11, 2002 to November 1, 2006, dated January 11, 2006 (Attached as Exhibit 13 to the Nutley Deposition). | BMO 001314 |
| 45 | SK Foods LP A-07 Engagement Review Memo - Audit v 07-01, dated June 30, 2007 (Attached as Exhibit 14 to the McCormick Deposition). | BMO 001315 - BMO 001317 |
| 46 | Email from Shondale Seymour to Wayne Boos detailing proposed restructure of Australian entities, dated July 31, 2007 (Attached as Exhibit 20 to the Boos Deposition). | BMO 001318 - BMO 001320 |

| | | DOCUMENT | BATES |
|---|---|---|---|
| | 47 | Email from Darrell Carlis to Wayne Boos and attached memorandum regarding the potential restructure of SK Foods LP, the tax considerations and FIN 46 considerations, dated August 16, 2007 (Attached as Exhibit 21 to the Boos Deposition). | BMO 001321 - BMO 001328 |
| | 48 | Email from Scott Salyer to Wayne Boos with subject "inter-company accounts" and attached email correspondence regarding the audit of SK Foods LP, dated August 21, 2007 (Attached as Exhibit 22 to the Boos Deposition). | BMO 001329 - BMO 001332 |
| | 49 | Email from Scott Salyer to Wayne Boos re: Intercompany Accounts, dated August 29, 2007 (Attached as Exhibit 22 to the McCormick Deposition). | BMO 001333 |
| | 50 | Email from Wayne Boos to Scott Salyer re: Asset Transfer Documents, dated August 29, 2007 (Attached as Exhibit 25 to the Boos Deposition). | BMO 001334 |
| | 51 | Email from Scott Salyer to Dan Nutley and Mark McCormick re: Making Cedenco not subject to FIN46R, dated September 13, 2007 (Attached as Exhibit 26 to the McCormick Deposition). | BMO 001335 |
| | 52 | Email from Scott Salyer to Dan Nutley and Mark McCormick re: Making Cedenco not subject to FIN-46R, dated September 14, 2007 (Attached as Exhibit 28 to the McCormick Deposition). | BMO 001336 - BMO 001337 |
| | 53 | Amended and Restated Security Agreement, dated September 28, 2007 | BMO 001338 - BMO 001376 |
| | 54 | Email from Dan Nutley to Mark McCormick re: Selling Cedenco Interco Debt, dated September 20, 2007 (Attached as Exhibit 29 to the McCormick Deposition). | BMO 001377 |
| | 55 | Email from Shondale Seymour re: Cedenco spin-off, dated September 27, 2007 (Attached as Exhibit 29 to the Boos Deposition). | BMO 001378 |
| | 56 | Email from Scott Salyer to Wayne Boos and Mark McCormick re: Cedenco spin-off, dated September 27, 2007 (Attached as Exhibit 30 to the Boos Deposition). | BMO 001379 |

SUPPLEMENTAL DECLARATION OF JAMES HEISER
11-CV-80133 MISC - EJD (HRL)

| DOCUMENT | BATES |
|---|---|
| 57 | Email from Mark McCormick to Scott Salyer re: email from Mark McCormick re: SK Foods/Cedenco, dated October 10, 2007 (Attached as Exhibit 37 to the McCormick Deposition). | BMO 001380 - BMO 001383 |
| 58 | Email from Shondale Seymour to Mark McCormick enclosing FIN 46R Analysis Worksheet and FIN-46R Reconsideration Event Analysis Worksheet, dated October 29, 2007 (Attached as Exhibit 39 to the Nutley Deposition). | BMO 001384 - BMO 001397 |
| 59 | Email from Mark McCormick to Dan Nutley re: FIN 46, dated December 17, 2007 (Attached as Exhibit 49 to the McCormick Deposition). | BMO 001398 |
| 60 | Email from Gary Perry to Mark McCormick forwarding correspondence from McCormick to Boos and others re: SSC & L 2007 Trust, dated December 17, 2007 (Attached as Exhibit 39 to the Boos Deposition). | BMO 001399 - BMO 001402 |
| 61 | Facsimile from Gary Perry to Wayne Boos enclosing letter to Scott Salyer and Debt Assignment Agreement between SK Foods, LP SSC&L 2007 Trust and Cedenco Foods Limited, dated December 17, 2007 (Attached as Exhibit 40 to the Boos Deposition). | BMO 001403 - BMO 001408 |
| 62 | Email from Gary Perry to Mark McCormick forward email from McCormick to Boos and others, dated December 18, 2007 (Attached as Exhibit 41 to the Boos Deposition). | BMO 001409 - BMO 001412 |
| 63 | Letter from Gary Perry to Scott Salyer re: Revised Documents, dated December 18, 2007 (Attached as Exhibit 42 to the Boos Deposition). | BMO 001413 - BMO 001414 |
| 64 | Email from Gary Perry to Lisa Crist re: SKF Australia, dated February 4, 2008 (Attached as Exhibit 42 to the Crist Deposition). | BMO 001415 |
| 65 | Email from Gary Perry to Mark McCormick re: SKF Aviation Trust Agreement, dated December 18, 2007 (Attached as Exhibit 51 to the Nutley Deposition). | BMO 001416 - BMO 001419 |
| 66 | Email from Shondale Seymour to Carolyn Vartanian re: Distribution of Cedenco to the Shareholders, January 21, 2008 (Attached as Exhibit 48 to the Boos Deposition). | BMO 001420 |

| | | Document | Bates |
|---|---|---|---|
| | 67 | Email from Mark McCormick to Shondale Seymour and Carolyn Vartanian re: SK Foods LP 2006 amended return related to distribution of foreign subsidiaries at 11/01/06, dated February 6, 2008 (Attached as Exhibit 58 to the McCormick Deposition). | BMO 001421 - BMO 001422 |
| | 68 | Email from Mark McCormick to Shondale Seymour and Carolyn Vartanian re: SK Foods LP 2006 re: amended return related to distribution of foreign subsidiaries at 11/01/06, dated February 6, 2008 (Attached as Exhibit 50 to the Boos Deposition). | BMO 001423 - BMO 001424 |
| | 69 | Email from Darrell Carlis to Shondale Seymour re: foreign entities, dated February 18, 2008 (Attached as Exhibit 52 to the Boos Deposition). | BMO 001425 - BMO 001426 |
| | 70 | Email from Wayne Boos to Mark McCormick re: foreign entities, dated February 18, 2008 (Attached as Exhibit 53 to the Boos Deposition). | BMO 001427 |
| | 71 | Email from Carolyn Vartanian to Jeanne Johnson re: SS4 for Cedenco Ohakune (formally Mountain Carrots), dated March 3, 2008 (Attached as Exhibit 61 to the Boos Deposition). | BMO 001428 - BMO 001431 |
| | 72 | Email from Scott Salyer to Mark McCormick re: Cedenco Letter of Support, dated March 10, 2008 (Attached as Exhibit 62 to the McCormick Deposition). | BMO 001432 |
| | 73 | Letter from Scott Salyer to SK Foods International re: Loan, dated March 13, 2008  (Attached as Exhibit 63 to the McCormick Deposition). | BMO 001433 |
| | 74 | Letter from Scott Salyer to SK Foods LP re: Financial Support for SK Foods International, dated March 13, 2008 (Attached as Exhibit 64 to the McCormick Deposition). | BMO 001434 |
| | 75 | Email from Lisa Crist to Gary Perry regarding Audit Update, dated March 17, 2008 (Attached as Exhibit 27 to the Crist Deposition). | BMO 001435 |
| | 76 | Email from Lisa Crist to Gary Perry regarding Audit Update and requesting help with the documentation for SKF International, dated March 24, 2008 (Attached as Exhibit 32 to the Crist Deposition). | BMO 001438 |

SUPPLEMENTAL DECLARATION OF JAMES HEISER
11-CV-80133 MISC - EJD (HRL)

| | | DOCUMENT | BATES |
|---|---|---|---|
| | 77 | Email from Julie Patton to Lisa Crist re: General Assignment and Transfer Forms, dated March 28, 2008 (Attached as Exhibit 39 to the Crist Deposition). | BMO 001439 - BMO 001443 |
| | 78 | Email from Gary Perry to Lisa Crist regarding SKF Australia re: dates of the resolutions, dated April 2, 2008 (Attached as Exhibit 43 to the Crist Deposition). | BMO 001444 |
| | 79 | Email from Shondale Seymour to Darrell Carlis, Marshall Scott re: Equity Roll forward spin-off of Cedenco JV, dated July 31, 2008 (Attached as Exhibit 70 to the Boos Deposition). | BMO 001445 - BMO 001446 |
| | 80 | Facsimile from Gary Perry to Shondale Seymour enclosing Debt Assignment Agreement, dated September 5, 2008 (Attached as Exhibit 80 to the McCormick Deposition). | BMO 001447 - BMO 001451 |
| | 81 | Accounts Receivable Set Off Agreement between SK Foods LP and Cedenco Foods Ltd., dated October 31, 2008 (Attached as Exhibit 96 to the Boos Deposition). | BMO 001452 - BMO 001478 |
| | 82 | Email from Nick Frankish to Mark McCormick re: Cedenco Notes, dated November 30, 2008 (Attached as Exhibit 87 to the McCormick Deposition). | BMO 001479 |
| | 83 | Email from Mark McCormick to Nick Frankish re: Cedenco Notes, dated November 30, 2008 (Attached as Exhibit 88 to the McCormick Deposition). | BMO 001480 - BMO 001481 |
| | 84 | Email from Mark McCormick to Betsy Erdelyi re: Cedenco Notes, dated January 12, 2009 (Attached as Exhibit 92 to the McCormick Deposition). | BMO 001482 |
| | 85 | Bill of Sale for sale of 54.45% of stock in SK Foods Australia and New Zealand to Monterey Peninsula Farming LLC, dated January 17, 2009 (Attached as Exhibit 90 to the Boos Deposition). | BMO 001483 - BMO 001484 |
| | 86 | Bill of Sale for sale of 45.55% of stock in SK Foods Australia and New Zealand to Monterey Peninsula Farming LLC, dated January 17, 2009 (Attached as Exhibit 91 to the Boos Deposition). | BMO 001485 - BMO 001486 |
| | 87 | Letter from Shondale Seymour to SK Foods International re: Loan Confirmation and enclosing balance sheet, dated February 26, 2009 (Attached as Exhibit 97 to the McCormick Deposition). | BMO 001487 - BMO 001488 |

- 6 -

| | | DOCUMENT | BATES |
|---|---|---|---|
| | 88 | Accounts Receivable Set-Off Agreement between SK Foods, LP and SK Foods Australia Proprietary Limited, dated March 24, 2009 (Attached as Exhibit 67 to the Crist Deposition). | BMO 001489 - BMO 001492 |
| | 89 | Email from Scott Salyer to Mark McCormick re: NZ/AUST Loan Roll Forwards, dated April 6, 2009 (Attached as Exhibit 105 to the McCormick Deposition). | BMO 001493 |
| | 90 | Email from Darrell Carlis to Wayne Boos re: the arrangements between SK Foods LP and the SSC&L Trust and the net amount owed by New Zealand and Australian Cedenco entities at 1 November 2007 with an attached spreadsheet entitled "Net effect of client entries at 11 January 2006," dated April 6, 2009 (Attached as Exhibit 106 to the Boos Deposition). | BMO 001494 - BMO 001498 |
| | 91 | Scott Salyer revised personal demand letter, dated April 17, 2009 | BMO 001499 |
| | 92 | Email from Sandi Anthony of Gary Perry Law to Wayne Boos and Scott Salyer attaching a formation document for a limited liability company "SAS & CGS, LLC," dated April 28, 2009(Attached as Exhibit 107 to the Boos Deposition). | BMO 001500 - BMO 001501 |
| | 93 | Email from Gary Perry to Wayne Boos regarding transfer of SK PM shares, dated April 28, 2009 (Attached as Exhibit 108 to the Boos Deposition). | BMO 001502 - BMO 001503 |
| | 94 | Email from Gary Perry to Wayne Boos regarding transfer of ownership of SK Foods Australia from SK Foods LP to SKM and the Scott Salyer Revocable Trust, dated May 21, 2009 (Attached as Exhibit 109 to the Boos Deposition). | BMO 001504 |
| | 95 | Bill of Sale for sale of 100% of stock in SK Foods Australia and New Zealand to Fast Falcon LLC (unexecuted), dated June 29, 2009 (Attached as Exhibit 110 to the Boos Deposition). | BMO 001505 - BMO 001506 |
| | 96 | Bill of Sale for sale of 100% of stock in SK Foods Australia and New Zealand to Fast Falcon LLC (executed), dated June 29, 2009 (Attached as Exhibit 111 to the Boos Deposition). | BMO 001507 - BMO 001508 |

- 7 -

SUPPLEMENTAL DECLARATION OF JAMES HEISER
11-CV-80133 MISC - EJD (HRL)

| | | DOCUMENT | BATES |
|---|---|---|---|
| | 97 | Government's Supplemental Exhibits in Support of Its Motion Seeking Defendant Frederick Scott Salyer's Pretrial Detention, filed March 2, 2010 in the U.S. District Court for the Eastern District of California, in Case No. S-10-0061-GEB | BMO 001509 - BMO 001530 |
| | 98 | Revised Proposed Order re: Preliminary Injunction, filed March 20, 2010 in the U.S. Bankruptcy Court for the Eastern District of California | BMO 001531 - BMO 001544 |
| | 99 | Order on Defendants' Motion to Modify Preliminary Injunction filed, October 13, 2010 in the U.S. Bankruptcy Court for the Eastern District of California | BMO 001545 - BMO 001547 |
| | 100 | Stipulation and Order Further Modifying Preliminary Injunction, filed February 16, 2011 in the U.S. Bankruptcy Court for the Eastern District of California | BMO 001548 - BMO 001570 |
| | 101 | SK Foods Entity details, as reported by the Secretary of the State of Nevada | BMO 001571 - BMO 001572 |
| | 102 | Declaration of Brian L. Ferrall in Support of Replies re: Suppression Motions and Motion for Reconsideration, enclosing the Search Warrant and Affidavit of Special Agent Paul S. Artley, filed July 15, 2011 in Case No. 2:10-cr-0061-LKK | BMO 001573 - BMO 001716 |
| | 103 | Opposition to Trustee's *Ex Parte* Motion for a Temporary Restraining Order and Order, dated July 19, 2011 | BMO 001717 - BMO 001722 |
| | 104 | Declaration of Michael M. Carlson in Support of *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (with exhibits) filed August 30, 2011 | BMO 001723 - BMO 001783 |
| | 105 | Crist itinerary of conferences attended she Australia and New Zealand (attached as Exhibit 4 to the August 30, 2011 Declaration of Bradley D. Sharp) | BMO 001784 - BMO 001785 |
| | 106 | Email from Jeanne Johnston to Mark McCormick attached signed copies of the 2008 Transfer Documents (attached as Exhibit 10 to the August 30, 2011 Declaration of Bradley D. Sharp) | BMO 001786 - BMO 001788 |

SUPPLEMENTAL DECLARATION OF JAMES HEISER
11-CV-80133 MISC - EJD (HRL)

| Document | Bates |
|---|---|
| 107 | Declaration of Kelly A. Woodruff in Support of Opposition to Trustee's *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, dated August 31, 2011 | BMO 001789 - BMO 001802 |
| 108 | Emails exchanged between SK Foods and its outside advisors that they continued to debate how to accomplish the divestiture without any apparent resolution through October 2007 (attached as Exhibit 4 to the August 30, 2011 Declaration of Bradley D. Sharp) | BMO 001803 - BMO 001856 |
| 109 | Acceptance of Resignation and Appointment of Cook Islands Successor Trustee for Salyer Daughters' Trust (Collins and Associates Document Production, Received from Chapter 11 Trustee) | BMO 001857 - BMO 001862 |
| 110 | Collins/Salyer Introduction Emails (Collins and Associates Document Production, Received from Chapter 11 Trustee) | BMO 001863 - BMO 001864 |
| 111 | Email from Salyer's second ex-wife demanding alimony (Collins and Associates Document Production, Received from Chapter 11 Trustee) | BMO 001865 - BMO 001866 |
| 112 | *Lis Pendens* by Lynne Salyer (Collins and Associates Document Production, Received from Chapter 11 Trustee) | BMO 001867 - BMO 001874 |
| 113 | Collins Criminal Papers (Obtained from Court Archives) | BMO 001875 - BMO 001904 |
| 114 | Declaration of Gregory Nuti, Counsel for Chapter 11 Trustee | BMO 001905 - BMO 002081 |
| 115 | Mark McCormick Deposition Transcript, dated August 16, 2011 | BMO 002082 - BMO 002113 |
| 116 | Wayne Boos Deposition Transcript, dated August 15, 2011 | BMO 002114 - BMO 002147 |
| 117 | Lisa Crist Deposition Transcript, dated August 17, 2011 | BMO 002148 - BMO 002164 |
| 118 | Dan Nutley Deposition Transcript, dated August 18, 2011 | BMO 002165 - BMO 002192 |
| 119 | Scott Dye Deposition Transcript, dated August 16, 2011 | BMO 002193 - BMO 002213 |

SUPPLEMENTAL DECLARATION OF JAMES HEISER
11-CV-80133 MISC - EJD (HRL)

| | DOCUMENT | BATES |
|---|---|---|
| 120 | Salyer Portfolio Valuation | BMO 002214 - BMO 002221 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2011, in Chicago, Illinois.

Respectfully submitted,

Dated: September 2, 2011

Chapman and Cutler LLP

_James Heiser_

James M. Heiser
Attorneys for Bank of Montreal