Todd J. Dressel (State Bar No. 220812)
CHAPMAN AND CUTLER LLP
595 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:     (415) 278-9088
Facsimile:      (415) 541-0506
dressel@chapman.com

James E. Spiotto *(Admitted Pro Hac Vice)*
Ann E. Acker *(Admitted Pro Hac Vice Application)*
James M. Heiser *(Admitted Pro Hac Vice)*
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL  60603
Telephone:     (312) 845-3000
Facsimile:      (312) 516-1900
spiotto@chapman.com
acker@chapman.com
heiser@chapman.com

Attorneys for Bank of Montreal, as Administrative Agent

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BANK OF MONTREAL, as Administrative Agent,<br><br>    Plaintiff<br><br>    v.<br><br>SK FOODS, LLC<br><br>    Defendant.<br><br>    v.<br><br>SK PM CORP. and FREDERICK SCOTT SALYER, as Trustee for the Scott Salyer Revocable Trust, as well as FREDERICK SCOTT SALYER, in his Individual Capacity<br><br>    Respondents. | Case No. 11-CV-80133 MISC-EJD (HRL)<br><br>DECLARATION OF TODD J. DRESSEL IN SUPPORT OF MOTION TO SET STATUS CONFERENCE HEARING REGARDING SUBMITTED MOTION FOR RULE TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE AMENDED TO ADD RESPONDENTS AS JUDGMENT DEBTORS<br><br>Honorable Edward J. Davilla<br><br>Place:  Robert F. Peckham Federal Building<br>         280 South 1st Street<br>         San Jose, CA  95113 |

Under 28 U.S.C §1746, I, Todd J. Dressel, declare as follows:

1. I am an attorney admitted to the Bar of the State of California. I am an attorney at the law firm of Chapman and Cutler LLP and counsel to Plaintiff Bank of Montreal, as Administrative Agent ("*BMO*" or the "*Agent*") in this matter. I submit this Declaration in support of the Agent's Motion (the "*Motion*") to Set Status Conference Hearing Regarding Motion for Rule to Show Cause Why Judgment Should Not Be Amended to Add Respondents as Judgment Debtors. I have personal knowledge of the facts set forth herein, and, if called to testify, could testify competently thereto.

2. On June 27, 2011, BMO filed the Show Cause Motion with this Court. Following an initial hearing on August 19, 2011, this Court order the parties to file supplemental pleadings related to the Show Cause Motion.

3. On September 26, 2011, this Court held a final hearing the Show Cause Motion. After hearing arguments of counsel, this Court took the Show Cause Motion under submission. No ruling has been issued by the Court.

4. On March 23, 2012, Respondent Frederick Scott Salyer pleaded guilty to one count of racketeering and one count of price fixing before the Honorable Lawrence K. Karlton in the United States District Court for the Eastern District of California (Case No. 10-cr-00061-LKK). A copy of the Plea Agreement dated March 23, 2012, is attached to the Motion as Exhibit A.

5. Recently counsel for the Respondents, the law firm of Farella Braun & Martell LLP, has filed motions to withdraw from its representation of the Respondents, as well as other related entities, in the vast majority of matters pending before the United States District and Bankruptcy Courts for the Eastern District of California. On April 17, 2012, I sent a letter to counsel for Respondents requesting a confirmation of whether or not they would continue to represent the Respondents in this matter. A copy of the April 17, 2012 Letter is attached to the Motion as Exhibit B. No response to the letter has been received.

6. Given the recent events related to the Show Cause Motion and uncertainty as to the representation of the Respondents, BMO requests this Court set a status conference hearing regarding the Show Cause Motion on the earliest convenient date available on the Court's calendar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2012, in San Francisco, California.

Respectfully submitted,

Dated: April 26, 2012             Chapman and Cutler LLP

                                  *s/ Todd J. Dressel*
                                  Todd J. Dressel
                                  Attorneys for Bank of Montreal