1   MARK D. PETERSEN, State Bar No. 111956
       mpetersen@fbm.com
2   KELLY A. WOODRUFF, State Bar No. 160235
       kwoodruff@fbm.com
3   FARELLA BRAUN + MARTEL LLP
4   235 Montgomery Street, 17th Floor
    San Francisco, California 94104
5   Telephone:    (415) 954-4400
    Facsimile:     (415) 954-4480
6
7   Counsel for FREDERICK SCOTT SALYER,
    individually and as Trustee for the SCOTT SALYER
8   REVOCABLE TRUST, and SKPM CORP.

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

| | |
|---|---|
| 13  BANK OF MONTREAL, as<br>14  Administrative Agent,<br><br>15              Plaintiff,<br><br>16        v.<br><br>17  SK FOODS, LLC,<br><br>18              Defendant.<br>19        v.<br>20  SKPM CORP., FREDERICK SCOTT<br>21  SALYER, as Trustee for the Scott Salyer<br>    Revocable Trust, FREDERICK SCOTT<br>22  SALYER, in his Individual Capacity,<br>23              Respondents. | Case No. 11-CV-80133 MISC – EJD (HRL)<br><br>**NOTICE OF WITHDRAWAL BY<br>RESPONDENTS' COUNSEL**<br><br><br><br><br>Judge:    Honorable Edward J. Davila |

24
25
26
27
28

**PLEASE TAKE NOTICE THAT** pursuant to Civil L.R. 11-5, Farella Braun + Martel LLP, and its attorneys Mark D. Petersen and Kelly A. Woodruff ("Farella"), hereby withdraw as counsel of record for Respondents SK PM Corp., Frederick Scott Salyer, as Trustee for the Scott Salyer Revocable Trust, and Frederick Scott Salyer, in his individual capacity (collectively, "Respondents"). As indicated below, Respondents consent to the withdrawal by Farella.

Dated: June 14, 2012                          FARELLA BRAUN + MARTEL LLP


                                              By: _____/s/_____
                                                        Mark D. Petersen



I consent to the withdrawal of counsel by Farella and state that SK PM Corp. is attempting to retain replacement counsel. I acknowledge that leave to withdraw may be subject to the condition that papers continue to be served on my current counsel for forwarding purposes, unless and until SK PM Corp. appears by replacement counsel.

Dated: June 14, 2012                          SK PM Corp.


                                              By: _____
                                                        Scott Salyer

                                              Its: Manager

//
//
//
//
//
//
//

1    I consent to the withdrawal of counsel by Farella and state that I am attempting to retain

2  replacement counsel.  I acknowledge that leave to withdraw may be subject to the condition that

3  papers continue to be served on my current counsel for forwarding purposes, unless and until I

4  appear by other counsel or *pro se*:

5  Dated: June 14, 2012                          Frederick Scott Salyer, as Trustee for the Scott
                                                  Salyer Revocable Trust
6

7

8                                                 By: _____
                                                        Frederick Scott Salyer
9

10    I consent to the withdrawal of counsel by Farella and state that I am attempting to retain

11  replacement counsel.  I acknowledge that leave to withdraw may be subject to the condition that

12  papers continue to be served on my current counsel for forwarding purposes, unless and until I

13  appear by other counsel or *pro se*.

14  Dated: June 14, 2012                          Frederick Scott Salyer, in his individual
                                                  capacity
15

16

17                                                By: _____
                                                        Frederick Scott Salyer
18

19

20    Farella Braun + Martel LLP, and its attorneys Mark D. Petersen and Kelly A. Woodruff

21  have leave of the Court to withdraw from the above-captioned matter.

22

23    **IT IS SO ORDERED.**

24

25  Dated: _____

26                                                _____
                                                  HONORABLE EDWARD J. DAVILA
27                                                UNITED STATES DISTRICT JUDGE

28

1    **PLEASE TAKE NOTICE THAT** pursuant to Civil L.R. 11-5, Farella Braun + Martel

2  LLP, and its attorneys Mark D. Petersen and Kelly A. Woodruff ("Farella"), hereby withdraw as

3  counsel of record for Respondents SK PM Corp., Frederick Scott Salyer, as Trustee for the Scott

4  Salyer Revocable Trust, and Frederick Scott Salyer, in his individual capacity (collectively,

5  "Respondents"). As indicated below, Respondents consent to the withdrawal by Farella.

6
7  Dated: June 14, 2012                               FARELLA BRAUN + MARTEL LLP

8
9                                                     By: _____
                                                              Mark D. Petersen
10
11
12         I consent to the withdrawal of counsel by Farella and state that SK PM Corp. is attempting

13  to retain replacement counsel. I acknowledge that leave to withdraw may be subject to the

14  condition that papers continue to be served on my current counsel for forwarding purposes, unless

15  and until SK PM Corp. appears by replacement counsel.

16  Dated: June 14, 2012                               SK PM Corp.
17
18
19                                                     By: _____
                                                              Scott Salyer
20                                                     Its: Manager

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

1    I consent to the withdrawal of counsel by Farella and state that I am attempting to retain
2    replacement counsel. I acknowledge that leave to withdraw may be subject to the condition that
3    papers continue to be served on my current counsel for forwarding purposes, unless and until I
4    appear by other counsel or *pro se*:

5    Dated: June 14, 2012                      Frederick Scott Salyer, as Trustee for the Scott
6                                              Salyer Revocable Trust

7
8                                              By: _____
                                                   Frederick Scott Salyer
9

10    I consent to the withdrawal of counsel by Farella and state that I am attempting to retain
11    replacement counsel. I acknowledge that leave to withdraw may be subject to the condition that
12    papers continue to be served on my current counsel for forwarding purposes, unless and until I
13    appear by other counsel or *pro se*.

14    Dated: June 14, 2012                      Frederick Scott Salyer, in his individual
15                                              capacity

16
17                                              By: _____
18                                                   Frederick Scott Salyer

19

20
21    Farella Braun + Martel LLP, and its attorneys Mark D. Petersen and Kelly A. Woodruff
22    have leave of the Court to withdraw from the above-captioned matter.

23    **IT IS SO ORDERED.**

24

25    Dated: _____

26                                              _____
                                                HONORABLE EDWARD J. DAVILA
27                                              UNITED STATES DISTRICT JUDGE

28

WITHDRAWAL OF COUNSEL
CASE NO. 11-CV-80133 MISC – EJD (HRL)        -3-                                   27096\3153423.2

1       I consent to the withdrawal of counsel by Farella and state that I am attempting to retain

2  replacement counsel.  I acknowledge that leave to withdraw may be subject to the condition that

3  papers continue to be served on my current counsel for forwarding purposes, unless and until I

4  appear by other counsel or *pro se*:

5  Dated: June 14, 2012                   Frederick Scott Salyer, as Trustee for the Scott

6                                            Salyer Revocable Trust

7

8                              By: _____

                                      Frederick Scott Salyer

9

10       I consent to the withdrawal of counsel by Farella and state that I am attempting to retain

11  replacement counsel.  I acknowledge that leave to withdraw may be subject to the condition that

12  papers continue to be served on my current counsel for forwarding purposes, unless and until I

13  appear by other counsel or *pro se*.

14  Dated: June 14, 2012                   Frederick Scott Salyer, in his individual

15                                          capacity

16

17                              By: _____

18                                          Frederick Scott Salyer

19

20

21       Farella Braun + Martel LLP, and its attorneys Mark D. Petersen and Kelly A. Woodruff

22  have leave of the Court to withdraw from the above-captioned matter.

                               Pursuant to Civil Local Rule 11-5(b), the firm shall remain as counsel

23  **IT IS SO ORDERED.** of record solely for the purposes of receiving and providing legal

24                                documents to Respondents for a period of 60 days or until new counsel

appears, whichever occurs first.  The firm shall serve a copy of this

25  Dated:     June 18, 2012        order on Respondents and file a certification of service.

26                                   _____

                          HONORABLE EDWARD J. DAVILA

27                            UNITED STATES DISTRICT JUDGE

28