IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BANK OF MONTREAL, | CASE NO. 5:11-mc-80133-EJD |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| SK FOODS, LLC, | |
| Defendant, | |
| v. | |
| SK PM CORP., FREDERICK SCOTT SALYER as Trustee for the Scott Salyer Revocable Trust, and FREDERICK SCOTT SALYER in his individual capacity, | |
| Respondents. | |

In accordance with the Order Denying Respondents' Motion to Transfer or Dismiss and Granting in Part BMO's Motion to Amend the Judgment filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the attached registered judgment in the amount of $128,256,391.00 in favor of Bank of Montreal and against SK Foods, LLC is AMENDED to add as judgment debtors <u>Frederick Scott Salyer in his individual capacity</u>, and <u>Frederick Scott Salyer as Trustee for the Scott Salyer Revocable Trust</u>. The judgment-debtors <u>SK Foods, LLC</u>, <u>Frederick Scott Salyer</u>, and <u>Frederick Scott Salyer as Trustee for the Scott Salyer Revocable Trust</u> shall be jointly and severally liable to the Plaintiff Bank of Montreal for the full amount of the judgment.

**IT IS SO ORDERED.**

Dated: August 10, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-mc-80133-EJD
AMENDED JUDGMENT

AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

FILED
2011 JUN 13 A 11:0 EJD
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

Bank of Montreal
*Plaintiff*
v.
SK Foods, LLC
*Defendant*

Civil Action No. 09 C 3479

CV 11 80133 MISC.

HRL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Bank of Montreal recover from the defendant *(name)* SK Foods, LLC the amount of $128,256,391.00 dollars ($ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Joan B Gottschall without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 09/28/2010

MICHAEL W. DOBBINS, CLERK OF COURT

/s/ Rhonda Johnson
*Deputy Clerk*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: JUN 03 2011