EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, State Bar number, and telephone number):
Recording requested by and return to:
Todd Dressel (SBN 220812)
Chapman and Cutler LLP
595 Market Street, Suite 2600
San Francisco, CA 94105-2839
(415) 541-0500

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: US Dist. Court, N.D. CA, San Jose Div
MAILING ADDRESS: 280 S 1st Street #4050
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: Bank of Montreal
DEFENDANT: SK Foods, LLC, et al.

CASE NUMBER: 5:11-mc-80133-EJD

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Frederick Scott Salyer
      3903 Ronda Rd
      Pebble Beach, CA 93953-3219
   
   b. Driver's license no. [last 4 digits] and state: [✓] Unknown
   c. Social security no. [last 4 digits]: 5023  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Frederick Scott Salyer, 3903 Ronda Rd., Pebble Beach, CA 93953

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Bank of Montreal, c/o Todd Dressel/Chapman and Cutler LLP, 595 Market St, San Fran, CA

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: August 27, 2012

(TYPE OR PRINT NAME) ▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 128,256,391.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): August 10, 2012
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]
RICHARD W. WIEKING
Clerk, US District Court
Northern District of California
By: [signature]
DEPUTY CLERK
DATE: AUG 2 8 2012

This abstract issued on (date): AUG 2 8 2012

Clerk, by CINDY VARGAS, Deputy

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Bank of Montreal | CASE NUMBER: |
|---|---|
| DEFENDANT: SK Foods, LLC, et al. | 5:11-mc-80133-EJD |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. Name and last known address

Scott Salyer Revocable Trust, c/o Frederick Scott Salyer, as Trustee, 3903 Ronda Rd., Pebble Beach, CA 93953-3219

Driver's license no. [last 4 digits] and state: ☑ Unknown

Social security no. [last 4 digits]: 5023 ☐ Unknown

Summons was personally served at or mailed to *(address):*

Scott Salyer Revocable Trust, c/o Frederick Scott Salyer, as Trustee, 3903 Ronda Rd., Pebble Beach, CA 93953-32199

17. Name and last known address

SK Foods, LLC, c/o Frederick Scott Salyer, as Trustee of the Scott Salyer Revocable Trust, , 3903 Ronda Rd., Pebble Beach, CA 93953

Driver's license no. [last 4 digits] and state: ☑ Unknown

Social security no. [last 4 digits]: ☑ Unknown

Summons was personally served at or mailed to *(address):*

SK Foods, LLC, Registered Agent: The Corporation Trust Company of Nevada, 311 South Division Street, Carson City, NV 89703

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

Page 2 of 2
EJ-001 [Rev. January 1, 2008]               ABSTRACT OF JUDGMENT—CIVIL
                                                    AND SMALL CLAIMS