1                    *E-FILED: January 11, 2013*

2

3

4

5           NOT FOR CITATION

6      IN THE UNITED STATES DISTRICT COURT

7     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8          SAN JOSE DIVISION

9 BANK OF MONTREAL, as Administrative  No. 11-MC-80133 EJD (HRL)
  Agent,

10               **ORDER TERMINATING MOTION**
       Plaintiff,

11   v.            **[Re: Dkt 77]**

12 SK FOODS, LLC, a Nevada Limited
  Liability Company

13

14       Defendant.
  _____/

15

16    All discovery matters having been referred to the undersigned for disposition, non-party

17 Cary Collins dba Collins and Associates' Motion to Quash/Protective Order (Dkt. 77) will be

18 terminated and the noticed hearing vacated.  The parties are instead directed to comply with the

19 undersigned's Standing Order re Civil Discovery Disputes.[1]

20    **IT IS SO ORDERED.**

21 Dated: January 11, 2013

22      _____
      HOWARD R. LLOYD
      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28
_____
[1] Parties may obtain copies of all of this court's standing orders from the clerk of the court, or on the court's website http://cand.uscourts.gov.

**11-MC-80133 EJD (HRL) Order will be electronically mailed to:**

Ann E Acker     acker@chapman.com

James E. Heiser     heiser@chapman.com

James E. Spiotto     spiotto@chapman.com

Kelly Ann Woodruff     kwoodruff@fbm.com, calendar@fbm.com, svillalobos@fbm.com

Kimberly Paul Zapata     kzapata@agilityiplaw.com

Mark Dean Petersen     mpetersen@fbm.com, calendar@fbm.com, myoshizaki@fbm.com

Todd Joseph Dressel     dressel@chapman.com, lubecki@chapman.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California

2