UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BANK OF MONTREAL,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>FREDERICK SCOTT SALYER, as Trustee for the Scott Salyer Revocable Trust, and in his individual capacity,<br><br>        Respondent - Appellant,<br><br> and<br><br>SK FOODS LLC,<br><br>        Defendant. | No. 12-16983<br><br>D.C. No. 5:11-mc-80133-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered April 06, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Rebecca Lopez
                                        Deputy Clerk